JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   E-mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0664 JW |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED] ORDER TO ABANDON PROPERTY SEIZED FROM DEFENDANT'S RESIDENCE ON JULY 15, 2008 AND PROPERTY PREVIOUSLY SURRENDERED BY DEFENDANT** |
| RICHARD FIELD, ) | |
| Defendant. ) | |

     Plaintiff United States of America, by and through Assistant United States Attorney Hanley Chew and defendant Richard Field ("defendant"), by and through his counsel, Jodin Nolan, Esq., hereby AGREE AND STIPULATE as follows:

     1.     On or about July 15, 2008, agents from the Federal Bureau of Investigation ("FBI") executed a search warrant at defendant's residence of 16230 Dunmoor Drive, Houston, Texas 77059.  The FBI seized a number of items, including, but not limited to, two computers, a Western Digital hard drive, various computer media, an Axiom portable DVD player, postage stamps, mailing and shipping labels, packing slips, addressed envelopes containing merchandise ready to be shipped out, 2 cellphones with shipping labels, purchase order receipts and shipping receipts.

STIP & [PROP.] ORDER
U.S. v. FIELD, No. CR 08-0664-JW

1    2.    On September 28, 2008, the government filed a one count information, charging defendant with conspiracy to receive and sell stolen goods in violation of 18 U.S.C.§ 371.  On November 3, 2008, defendant pled guilty to the one-count information.  The FBI determined that the computers, hard drive, computer media, postage stamps, mailing and shipping labels, addressed envelopes, cellphones, purchase order receipts and shipping receipts were evidence, contraband, fruits and/or instrumentalities of the conspiracy.

3.    In August 2008, defendant turned over several boxes that were sent to his residence after the execution of the search warrant to the FBI, stating that these boxes constituted merchandise that was purchased with stolen credit card information by one of his co-conspirators.

4.    On March 23, 2009, defendant was sentenced. At the sentencing, defendant requested the return of his computers and the portable DVD player.  The government does not oppose the return of the computers, provided that the memory of those computers is deleted. Defendant has hereby knowingly and voluntarily agreed to waive any right, title or interest in the property described in paragraphs 1 & 2 above, and agrees not to contest the vesting of  title to the United States Government, per Title 41, C.F.R. 128-48.102-1, in such property.  In addition, defendant does not object to the memory of his computers or Western Digital hard drive being deleted.  After the FBI deletes the memory of defendant's computers and Western Digital hard drive, the FBI will return the computers and hard drive to defendant within thirty (30) days.

IT IS SO STIPULATED:

DATED: 3/26/09                                                      JOSEPH P. RUSSONIELLO
                                                                              United States Attorney

                                                                              /s/ Hanley Chew
                                                                              HANLEY CHEW
                                                                              Assistant United States Attorney

DATED: 3/26/09

                                                                              ?s/ Jordin Nolan
                                                                              JORDIN NOLAN

| | |
|---|---|
|1| **[~~PROPOSED~~] ORDER** |
|2| Having considered the stipulation of the parties, the Court finds that, with the exception |
|3| of defendant's computers and the portable DVD player, defendant has abandoned any rights, |
|4| interests or title to the property that the FBI seized from his residence on July 15, 2008 and the |
|5| property that defendant surrendered to the FBI in August 2008.  In addition, concerning |
|6| defendant's computers, defendant does not object to the memory of the computers being deleted. |
|7| After the computers' memory has been deleted, the FBI will return defendant's computers and |
|8| Western digital hard drive to him at his residence of 16230 Dunmoor Drive, Houston, Texas |
|9| 77059 within thirty (30) days. |
|10| IT IS SO ORDERED. |
|11| |
|12| DATED:___April 9, 2009 _____     _____ |
|  | THE HONORABLE JAMES WARE |
|13| United States District Court Judge |

STIP & [PROP.] ORDER
U.S. v. FIELD, No. CR 08-0664-JW                3